

Screenshot of http://www.bth2.com/13a.html



Screenshot of http://www.bth2.com/14a.html

Exhibit 1