

Legacy 2.0



Specimens submitted to the USPTO 23 Jun 97

Exhibit 3