**Home of the family tree maker in Australia & New Zealand**

| ONLINE RESOURCES | HELP CENTRE | PRODUCTS | Search: [_____] GO |

**REGISTER TO:**
Get access to a wealth of online sites useful for genealogical research!

[JOIN]

**Members login here:**
Username or Email: [_____]
Password: [_____]

[LOGIN]
Forgot your password?

▸ **ABOUT US**
▸ About Mindscape

▸ **CONTACT US**

▸ **TECHNICAL SUPPORT**

MINDSCAPE



COMING JUNE 2008
Legacy Family Tree Version 7.0
Australia & New Zealand Version
Easily Research, Organise and Share Your Family History!

**Online Resources - FREE when you Register**

Register on this site to access direct links to hundreds of the best genealogy sites in Australia, New Zealand and around the world. Click here to register. We want our resource list to grow. Please send us your suggested website if you do not see it in our list. Click here to submit your favourite website and links.

**Australian Shipping 1788-1968**

Australian Shipping Version 7 contains details of arrivals and departures for Australia and New Zealand, including references to convicts, passengers and crew. It also includes a wealth of background material relating to shipping plus newspaper articles, reports and much more. Click here for more info.

General terms & conditions of sale
© Copyright 2005 Mindscape